UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SUAREZ SUAREZ, | CASE NO. C26-0876JLR |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

Before the court is *pro se* Petitioner William Suarez Suarez's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 3).) Petitioner demonstrates that he is unable to afford the $5.00 filing fee. (*Id.*) Accordingly, the court GRANTS his application to proceed IFP. (Dkt. # 3). The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send him a copy of this order.

Additionally, the court observes that Petitioner has named the United States Immigration and Customs Enforcement ("ICE") Field Office Director as Respondent for

ORDER - 1

this action.  The proper respondent, however, for a § 2241 petition is "the person who has custody over" the petitioner.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citing 28 U.S.C. §§ 2242, 2243); *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024) (reversing grant of federal habeas relief where the immigration detainee's direct custodian was not named as respondent).  Because Petitioner represents that he is currently detained at the Northwest ICE Processing Center, the proper respondent for this action is the individual in charge of that facility.  Accordingly, the Clerk is DIRECTED to name Bruce Scott, Warden of the Northwest ICE Processing Center, as a Respondent in this action.

Dated this 2nd day of April, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2