UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM SUAREZ SUAREZ, | CASE NO. C26-0876JLR |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondents. | |

On April 2, 2026, Petitioner William Suarez Suarez, who is proceeding *pro se* and *in forma pauperis*, filed a petition under 28 U.S.C. § 2241 seeking his immediate release from the Northwest ICE Processing Center.  (Pet. (Dkt. # 5).)  On April 16, 2026, the Federal Respondent filed a return.  (Resp. (Dkt. # 8).)  Petitioner did not file a traverse. (*See generally* Dkt.)  On April 17, 2026, the Federal Respondent filed a notice of change in custody status stating that it had released petitioner from custody that morning. (4/17/26 Not. (Dkt. # 11).)  Accordingly, because Petitioner is no longer in the custody of

ORDER - 1

the United States, his habeas petition is now moot. The court dismisses this action without prejudice.

Dated this 22nd day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2